```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STRIKE 3 HOLDINGS, LLC,

                    Plaintiff,

      -against-

JOHN DOE subscriber assigned IP address
67.245.21.245,

                    Defendant.

24 Civ. 4985 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 11, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by August 30, 2024. ECF No. 8. Those submissions are now overdue. In addition, Plaintiff has not filed proof of service, and Defendant has not appeared in this action.

    Accordingly, by **October 7, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 3, 2024
       New York, New York

ANALISA TORRES
United States District Judge