```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 67.245.21.245,

                Defendant.

24 Civ. 4985 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 3, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by October 7, 2024. ECF No. 15. On October 2, 2024, Judge Gary Stein granted Plaintiff's request for an extension of time to effect service on Defendant to February 18, 2025. ECF No. 17.

    Accordingly, by **March 21, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 7, 2024
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge